IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRAIG L. B.,[1]

      Plaintiff,

v.                                                        Case No. 1:24-cv-00726-DHU-LF

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on February 3, 2025, regarding plaintiff Craig L. B.'s Motion for Reversal and Remand for Further Proceedings and Supporting Memorandum (Docs. 11, 12). Doc. 22. The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id*. at 7. To date, the parties have not filed any objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 22) are ADOPTED;

2. Plaintiff's Motion for Reversal and Remand for Further Proceedings (Doc. 11) with Supporting Memorandum (Doc. 12) is DENIED.

_____
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party in this case.